**PROVIDENT LAW**

Christopher J. Charles, SBN 023148
Edwin G. Anderson IV, SBN 027292
Eric L. Walberg, SBN 015344
14646 N. Kierland Boulevard, Suite 260
Scottsdale, AZ 85254
Telephone: (480) 388-3343
Facsimile: (602) 753-1270
fileclerk@providentlawyers.com
*Attorneys for Plaintiff Marianne Swallie*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marianne Swallie, a single woman,<br><br>           Plaintiff,<br><br>vs.<br><br>Ditech Financial LLC, F/K/A Green Tree Loan Servicing, a Delaware Limited Liability Company; Bank Of America, National Association; John Does And Jane Does I-X; White Partnerships I-X; Black Corporations I-X; And Red Limited Liability Companies I-X,<br><br>           Defendant. | Case No: 2:17-cv-00900-DMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Honorable Deborah M. Fine) |

      Pursuant to Rule 41(a)(1)(A)(i) FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff Marianne Swallie, by and through undersigned counsel, hereby gives notice of voluntary dismissal without prejudice as to Defendants Ditech Financial LLC, F/K/A Green Tree Loan Servicing, and Bank of America, N.A. of all claims asserted in the above-entitled action.

/   /   /

/   /   /

**RESPECTFULLY SUBMITTED** this 26th day of April, 2016.

**PROVIDENT LAW®**

/s/ Eric L. Walberg
Christopher J. Charles
Edwin G. Anderson
Eric L. Walberg
14646 N. Kierland Boulevard, Suite 260
Scottsdale, AZ 85254
*Attorneys for Plaintiff Marianne Swallie*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and I contemporaneously transmitted notice of Electronic Filing by first class mail and email to the following CM/ECF Registrants:

Robert W. Shely, Esq.
Jacob A. Maskovich, Esq.
Teresa P. Meece, Esq.
BRYAN CAVE, LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
rwshely@BryanCave.com
*Attorneys for Bank of America, N.A.*

Colt B. Dodrill, Esq.
WOLFE & WYMAN, LLP
6757 Spencer Street
Las Vegas, NV 89119
cbdodrill@wolfewyman.com
*Attorney for DiTech Financial, LLC*

/s/ K. Alberta